# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**           Case No. 3:12-cv-095

    Plaintiffs,                                          **Judge Timothy S. Black**

**-vs-**

**ITS FINANCIAL, LLC,** *et al.***,**

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court has rendered a Decision After Trial to the Court and has **GRANTED** Judgment to the Plaintiff and **PERMENANTLY ENJOINED** Defendants from **OPERATING, OR BEING INVOLVED WITH IN ANY WAY, ANY BUSINESS RELATING IN ANY WAY TO PREPARATIONS OF TAX RETURNS**; and the case is **CLOSED** on the Court's docket.

Date: November 6, 2013                                          **JOHN P. HEHMAN, CLERK**

    By: *s/ M. Rogers*
    Deputy Clerk